No. 4,622.—STATE, Respondent, *v.* IRA A. KELSEY, Appellant.

*Appeal from District Court, Stillwater County; Albert P. Stark, Judge.*

Decided May 3, 1920.

PER CURIAM.—Pursuant to motion of the respondent herein, the appeal in this cause is dismissed.

*Mr. S. C. Ford,* Attorney General, and *Mr. Frank Woody,* Assistant Attorney General, for Respondent.

———

No. 4,223.—In re Estate of USSIN BRICE.

*Appeal from District Court, Broadwater County; John A. Matthews, Judge.*

Decided May 4, 1920.

PER CURIAM.—Pursuant to stipulation of the parties the appeal in the above-entitled cause is this day dismissed, costs not to be taxed against either party.

*Mr. Henry C. Smith,* for Appellant.

*Mr. E. H. Goodman* and *Messrs. Purcell & Horsky,* for Respondent.